HOOD et al. v. McGEHEE et al. (Circuit Court of Appeals, Fifth Circuit. November 22, 1912.) Appeal from the Circuit Court of the United States for the Northern District of Alabama; Wm. I. Grubb, Judge. Augustus Benners, of Birmingham, Ala., and Francis P. Pace and Samuel Proskauer, both of New York, N. Y., for appellants. John P. Tillman, of Birmingham, Ala., for appellees. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. On the record we reach the same conclusion as the judge of the lower court (189 Fed. 205), and we are constrained to affirm the decree appealed from. It is so ordered.

---

LOVELL–McCONNELL MFG. CO. et al. v. INTERNATIONAL AUTOMOBILE LEAGUE. (Circuit Court of Appeals, Second Circuit. November 12, 1912.) No. 78. Appeal from the District Court of the United States for the Western District of New York. Motion by appellants to amend the petition of appeal, citation, and assignment of errors by substituting for the words and figures "9th of March, 1912," the words and figures "12th of March, 1912"; the latter being the date of the order which appellants seek to review. J. B. Corcoran, of Buffalo, N. Y., for the motion. Drury W. Cooper, of New York City, opposed. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The affidavit submitted by appellants after argument at the suggestion of the court shows that this is an instance of "clerical error," and we see no reason why the relief should not be granted. There is power to grant such relief, because the original notice of appeal described the order sought to be appealed from, not only by its date, but also by a description of one of the papers on which it was based and of the relief it granted. It is merely making certain what, on the papers as they stood, was uncertain. The motion is granted.

---

MANUEL et al. v. MARTIN. (Circuit Court of Appeals, Fifth Circuit. November 27, 1912.) No. 2,320. In Error to the Circuit Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. E. S. J. Whitehead, of Brownwood, Tex., for plaintiff in error. Wm. J. Berne, of Ft. Worth, Tex., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The Circuit Court had jurisdiction of this case by reason of diverse citizenship of the parties and as between the original parties to the note sued on. See Annotated Statutes, vol. 4, page 310, and Parker v. Ormsby, 141 U. S. 81, 11 Sup. Ct. 912, 35 L. Ed. 654. Judgment was correctly given against the plaintiffs in error, because the plaintiff below was the assignee of a purchaser for value and before maturity without notice of any equities existing between the original makers to the note. The judgment of the Circuit Court is affirmed.